UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELVIS MOSQUEA,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; CITY OF NEW YORK
DEPARTMENT OF CORRECTION; DORA B. SCHRIRO;
JOSEPH PONTE; MICHAEL HOURIHANE; MARTIN J.
MURPHY; LUIS RIVERA; TONY DURANTE; FLORENCE
FINKLE; MICHAEL BLAKE; Correction Officer
MAYNARD (Shield # ___); Correction Officer EDWARDS
(Shield # ___); Captain JANE DOE (Shield # ___); Captain
BLAKE (Shield # ___); Captain JOHN DOE (Shield # ___);
Correction Officers JOHN DOES # 1-20 (Shield #s ___),

                              Defendants.
------------------------------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

15 CV 9410 (PKC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-16-16

      WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       November 14, 2016

JONES DAY
*Attorneys for Plaintiff*
250 Vesey Street
New York, NY 10281
(212) 326-7808

By: _____
    Allison L. Waks
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York, Department of Correction, Schriro, Ponte, Hourihane, Murphy, Rivera, Durante, Finkle, Blake, Maynard, and Blake*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Michael K. Gertzer
    *Senior Counsel*

SO ORDERED:

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
Dated: 11-16, 2016

*[Handwritten note: All motions are terminated. Clerk to close the case.]*